# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DeWayne McNutt ) | Case No: 1:04-cr-5354-001 OWW |
| ) | USM No: 62081-097 |
| Date of Previous Judgment: 9/21/2005 ) | David Porter |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  84  months **is reduced to**  70  months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 84 to 105 months | Amended Guideline Range: | 70 to 87 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   9/21/2008   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   June 16, 2008                                                          /s/ OLIVER W. WANGER
                                                                                                     Judge's signature

Effective Date: _____                                      OLIVER W. WANGER, US DISTRICT JUDGE
            (if different from order date)                                               Printed name and title